NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

ERNIE GRISSOM CHEVROLET, INC.,
Respondent.

No. 19395.

United States Court of Appeals
Sixth Circuit.

Oct. 24, 1969.

John L. A. dePassalacqua, N.L.R.B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Leonard M. Wagman, Lynn D. Poole, Attorneys, N.L.R.B., Washington, D. C., on brief, for petitioner.

Louis J. Colombo, Jr., Detroit, Mich., Colombo, Vermeulen & Colombo, Louis J. Colombo, Jr., Frederick Colombo, Walter B. Connolly, Jr., Detroit, Mich., on brief, for respondent.

Before CELEBREZZE, PECK and COMBS, Circuit Judges.

ORDER.

This cause came on to be heard upon the record on appeal and the briefs and arguments of counsel, and upon due consideration thereof and of the factual situation as set out in the record and the report of the case, 168 N.L.R.B. No. 145, it appears to the Court that the findings and order of the Board are supported by substantial evidence on the record as a whole.

Now, therefore, it is ordered that the order of the Board be, and it is, hereby enforced.

Ed PIERCE, Plaintiff-Appellant,

v.

UNITED STATES of America,
Appellee.

No. 23409.

United States Court of Appeals
Ninth Circuit.

Oct. 17, 1969.

Richard G. Sherman (argued), of Sherman & Sturman, Beverly Hills, Cal., for appellant.

Gerald F. Uelmen (argued), Asst. U. S. Atty., Wm. Matthew Byrne, Jr., U. S. Atty., Charles Magnuson, David R. Nissen, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

DECISION

Before CHAMBERS, ELY and KILKENNY, Circuit Judges.

PER CURIAM:

The appeal from the decision of the district court is dismissed. In the present circumstances, the court finds the appeal premature.

Of course, the decision is not on the merits and therefore not res judicata on the merits of Pierce's claims with reference to the seized material.

In Goodman v. United States, 9 Cir., 369 F.2d 166, the material on which the court acted was in the frame of a fishing expedition. We do not find the case applicable here and think the general rule of DiBella v. United States, 369 U.S. 121, 132, 82 S.Ct. 654, 7 L.Ed.2d 614, applies.